**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION | : | No. 640 MAL 2015 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| ROBERT J. CAREY | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: GARY LEHNDORFF, JOY | : | |
| LEHNDORFF AND MICHELE M. CAREY | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justices Eakin and Donohue did not participate in the decision of this matter.